The Honorable Michelle L. Peterson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEREMIAH O'NEAL and CINDY L.
BUCKLES, husband and wife and the marital
community composed thereof l,

              Plaintiffs,

       v.

JAMES HARDIE BUILDING PRODUCTS,
INC., a foreign corporation,

              Defendant.

NO.  20-cv-05168-BHS-MLP

THIRD JOINT STIPULATION, AGREED
MOTION, AND [PROPOSED] ORDER TO
CONTINUE PRETRIAL DEADLINES

**NOTE ON MOTION CALENDAR:**

April 8, 2022

## I.  STIPULATION AND AGREED MOTION

The parties, by and through their respective counsel of record, agree and hereby

stipulate to a third continuance of the current pretrial deadlines for the following reasons:

### A.  Outstanding Discovery

The parties have engaged in initial written discovery and there is pending written

discovery issued by Plaintiffs to Defendant James Hardie.  Furthermore, the depositions of

both Plaintiffs still need to occur, Defendant James Hardie intends on deposing all five of

Plaintiffs' experts, and Plaintiffs may request to depose Defendant's experts as well.  The

parties agree that discovery is almost completed but need additional time. In addition, Nicholas

R. Major will be going on paternity leave this spring and will be unavailable during that time.

THIRD JOINT STIPULATION, AGREED MOTION, AND
[PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES
AND SCHEDULE TRIAL - 1

7565116.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

Rodney L. Umberger just finished a nearly two-month trial and has limited availability during the month of April. Therefore, good cause exists for this brief continuance of the existing pretrial deadlines.

The parties agree and respectfully request that the Court continue the currently scheduled pretrial deadlines for two (2) months.

**B.  A Continuance Is Appropriate**

The parties jointly contend and submit that exploring the potential for pretrial resolution of this case, coupled with the needs of both parties to substantially complete discovery, which persist despite no demonstrable lack of diligence by either party, constitute good cause to continue pretrial deadlines approximately two (2) months as described and referenced in LCR 16(b)(6).

In accordance with the foregoing, the parties jointly move this Court to enter an Order providing:

1. The parties' Agreed Motion to Continue Pretrial Deadlines is **GRANTED**;

2. The parties' joint request for a trial date is **GRANTED**; and

3. The pretrial deadlines are hereby **CONTINUED** as follows:

| Event | Current Date | New Date |
|---|---|---|
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR 7(d)) | 04/01/2022 | 07/01/2022 |
| Rebuttal expert disclosure under FRCP 26(a)(2) due | 04/29/2022 | 07/01/2022 |
| Discovery to be completed by | 04/29/2022 | 08/01/2022 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | 05/27/2022 | 08/29/2022 |

THIRD JOINT STIPULATION, AGREED MOTION, AND
[PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES
AND SCHEDULE TRIAL - 2

7565116.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

1 | DATED this 8th day of April, 2022. | DATED this 8th day of April, 2022.

2 | WILLIAMS, KASTNER & GIBBS | RUSH, HANNULA, HARKINS& KYLER

3

4

5 | By _/s/ Rodney L. Umberger_ | By: _/s/Sok-Khieng Lim_
6 |   Rodney L. Umberger WSBA #24948 |   Sok-Khieng (So-Can) Lim, WSBA #30607
   |   _/s/ Nicholas R. Major_ |   Michael J. Fisher, WSBA #32778
   |   Nicholas R. Major, WSBA #49579

7

8 | 601 Union Street, Suite 4100 | 4701 S. 19th Street, Suite 300
   | Seattle, WA 98101-2380 | Tacoma, WA 98405
9 | Ph:     206.628.6600 | Ph: 253-383-5388
   | Fax:    206.628.6611 | Fax: 253-272-5105
10 | Email: rumberger@williamskastner.com | Email: mfisher@rhhk.com
   |         nmajor@williamskastner.com

11 | **Attorneys for Defendant JHBP** | **Attorneys for Plaintiffs**

12

13 | DATED this 8th day of April, 2022.

14 | GIG HARBOR LAW

15

16 | By: _/s/Nathan D. Sukhia_
   |     Nathan D. Sukhia, WSBA #31700
17

18 | 5801 Sound View Drive, Suite 50C
   | Gig Harbor, WA 98335
19 | Ph: 253-509-0625
   | Fax: 253-509-0765
   | Email; nathan@gigharborlaw.net
20

21 | **Attorney for Plaintiffs**

22

23

24

25

THIRD JOINT STIPULATION, AGREED MOTION, AND
[PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES
AND SCHEDULE TRIAL - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7565116.1

## II.    ORDER

It is hereby **ORDERED** that the remaining pretrial deadlines be continued as follows, with a trial date to be set by the Court if the case has not been resolved by dispositive motion or settlement:

| Event | Current Date | New Date |
|---|---|---|
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR 7(d)) | 04/01/2022 | 07/01/2022 |
| Rebuttal expert disclosure under FRCP 26(a)(2) due | 04/29/2022 | 07/01/2022 |
| Discovery to be completed by | 04/29/2022 | 08/01/2022 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | 05/27/2022 | 08/29/2022 |

DATED this 11th day of April, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

THIRD JOINT STIPULATION, AGREED MOTION, AND
[PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES
AND SCHEDULE TRIAL - 4

7565116.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

1    PRESENTED BY:

2    WILLIAMS, KASTNER & GIBBS

3

4    By  */s/ Rodney L. Umberger*
         Rodney L. Umberger WSBA #24948
5        */s/ Nicholas R. Major*
         Nicholas R. Major, WSBA #49579
6
     **Attorneys for Defendant JHBP**
7

8

9    APPROVED AS TO FORM AND CONTENT BY:

10   RUSH, HANNULA, HARKINS& KYLER

11

12   By:  /s/Sok-Khieng Lim
     Sok-Khieng (So-Can) Lim, WSBA #30607
13   Michael J. Fisher, WSBA #32778

14

15   GIG HARBOR LAW

16

17   By:  /s/Nathan D. Sukhia
            Nathan D. Sukhia, WSBA #31700
18
     **Attorneys for Plaintiffs**
19

20

21

22

23

24

25

THIRD JOINT STIPULATION, AGREED MOTION, AND
[PROPOSED] ORDER TO CONTINUE PRETRIAL DEADLINES
AND SCHEDULE TRIAL - 5

7565116.1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600