# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JEREMIAH O'NEAL and CINDY L. BUCKLES,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES HARDIE BUILDING PRODUCTS, INC.,<br><br>Defendant. | CASE NO. 3:20-cv-05168-BHS-MLP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge, Dkt. 45. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiffs Jeremiah O'Neal and Cindy L. Buckles' Motion for Partial Summary Judgment, Dkt. 36, is **DENIED**; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

ORDER - 1

Dated this 30th day of August, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2